# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MARGARITA C. SALAS, individually and on behalf of Tassey R. Salas; PETER A. SALAS; MARGARITA C. SALAS and PETER SALAS, as Co-Trustees of the MCS Living Trust U/ADTD 08/06/03; PETER A. SALAS, as Trustee of the MCS GSTX QPRT F/B/OPAS U/A DTD 07/17/12; and MARGARITA C. SALAS, as Trustee of the TRS QPRT Family Trust U/ADTD 07/17/12, <br><br>  Plaintiffs, <br><br> v. <br><br> HARTFORD INSURANCECOMPANY OF THE MIDWEST, <br><br>  Defendant. | CIVIL ACTION NO.: 4:18-cv-260 |

## O R D E R

Presently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice filed on September 23, 2019. (Doc. 31.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this case **WITH PREJUDICE** with each party to bear its own attorney's fees and costs. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 26th day of September, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA